NVB 3011 (Rev. 1/23)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−19−15563−mkn |
| | CHAPTER 7 |
| ANTONIO SANTOS CHACO | |
| Debtor(s) | NOTICE OF DEFICIENCY |
| | ON APPLICATION FOR PAYMENT |
| | OF UNCLAIMED FUNDS |

The Application for payment of Unclaimed Funds submitted by Dilks and Knopik, LLC. has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office on 05/30/2023. If the following deficiencies are NOT remedied within 90 days from notification, a new Application must be submitted.

Comments:  PROVIDE ORIGINAL DEATH CERTIFICATE OF ANTONIO SANTOS CHACO.

Mail this notice back with requested documents. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at Financial@nvb.uscourts.gov.

Dated: 6/12/23

Financial Deputy Clerk